[Nos. 62122-0-I; 63528-0-I. Division One. January 11, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMIYA A. BROWN, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 07-1-08352-5, Andrea A. Darvas, J., entered August 14, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Leach, JJ.

[No. 62363-0-I. Division One. January 11, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW RAY MCGUIRE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-08473-4, Palmer Robinson, J., entered August 21, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Leach, JJ.

[No. 62893-3-I. Division One. January 11, 2010.]

BALFOUR BEATTY CONSTRUCTION, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-10695-1, Andrea A. Darvas, J., entered December 17, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Ellington and Lau, JJ.

[No. 63003-2-I. Division One. January 11, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN TALLEY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05575-9, Richard D. Eadie, J., entered January 26, 2009. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Ellington and Dwyer, JJ.